Form nttfclm

Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **04−24846−dob**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Dorothy Hulda Falkenberg
    727 N. Webster
    Saginaw, MI 48602

Social Security No.:
    xxx−xx−8003

Employer's Tax I.D. No.:

### NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**October 30, 2006**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

The proof of claim form is enclosed with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a claim in this case must file it again.**

Dated: 8/1/06

                            BY THE COURT


                            Katherine B. Gullo , Clerk of Court
                            UNITED STATES BANKRUPTCY COURT

04-24846-dob    Doc 12-1    Filed 07/31/06    Entered 07/31/06 10:16:12    Page 1 of 1